973 A.2d 417

COMMONWEALTH of Pennsylvania, Petitioner

v.

James SNOOK, Respondent.

Supreme Court of Pennsylvania.

June 5, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 5th day of June, 2009, the Petition for Allowance of Appeal is hereby **DENIED.** This Court's Order

dated May 29, 2009, granting the Commonwealth's Emergency Application for Supersedeas is hereby VACATED.